# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF ARTURO ARZATE-NORATO, <br><br> Plaintiff, <br><br> FEDERAL LIFE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:17-cv-01440-WSD |

## REQUEST FOR LEAVE OF ABSENCE

COMES NOW Romero T. Pearson, pursuant to Local Rule 83.1(E)(3), and respectfully requests that this Honorable Court grants his leave of absence. The period of leave during which time Applicant will be away from the practice of law are as follows:

- **January 19, 2018, through January 21, 2018,** in Annapolis, MD. The purpose of the leave is for continuing legal education.

- **April 12, 2018, through April 13, 2018,** in Hunt, TX. The purpose of the leave is for continuing legal education.

- **May 4, 2018, through May 7, 2018**. The purpose of this leave is for personal vacation.

- **July 3, 2018, through July 6th, 2018**. The purpose of this leave is for personal vacation.

- **August 6, 2018, through August 13, 2018,** in Dubois, Wyoming. The purpose of the leave is for continuing legal education.

- **October 25, 2018, through October 28, 2018,** in Leavenworth, WA. The purpose of this leave is for continuing legal education.

- **November 19, 2018, through November 22, 2018.** The purpose of this leave is for personal vacation.

This 14th day of December, 2017.

                                               s/Romero Pearson
                                               Romero T. Pearson
                                               Georgia Bar No. 355228

Pearson Law Group, LLC
16 Towne Park Drive
Lawrenceville, GA 30044
(770) 277-0272
(770) 277-0273 (facsimile)
plg@pearsonlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **THE ESTATE OF ARTURO ARZATE-NORATO,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION FILE NO. 1:17-cv-01440-WSD** |
| | ) | |
| **FEDERAL LIFE INSURANCE COMPANY,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing **REQUEST FOR LEAVE OF ABSENCE** by filing the same in the Court's CM/ECF system, which will automatically email notification of the same to the following counsel of record:

**Mr. Andrew D. Horowitz**
**Drew Eckl & Farnham, LLP**
**303 Peachtree Street**
**Suite 3500**
**Atlanta, Georgia, 30308**
**ahorowitz@deflaw.com**

**Ms. Daedrea D. Fenwick**
**Drew Eckl & Farnham, LLP**
**303 Peachtree Street**
**Suite 3500**
**Atlanta, Georgia, 30308**
**dfenwick@deflaw.com**

This 14 day of December, 2017.

                                              PEARSON LAW GROUP, LLC

                                              s/Romero Pearson
                                              Romero Pearson,
                                              Attorney for the Plaintiff
                                              Georgia Bar No. 355228

16 Towne Park Drive
Lawrenceville, Georgia, 30044
Telephone: 770.277.0272
Facsimile: 770.277.0273
plg@pearsonlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF ARTURO ARZATE-NORATO, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE ) NO. 1:17-cv-01440-WSD ) |
| FEDERAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF COMPLIANCE

I hereby certify the attached filing complies with the Local Rules of this Court regarding the size of the font utilized as 14 Point Times New Roman.

Respectfully submitted this 14 day of December, 2017.

>                                PEARSON LAW GROUP, LLC
>
>                                s/Romero Pearson
>                                Romero Pearson,
>                                Attorney for the Plaintiff
>                                Georgia Bar No. 355228

16 Towne Park Drive
Lawrenceville, Georgia, 30044
Telephone:  770.277.0272
Facsimile:   770.277.0273
plg@pearsonlawgroup.com